IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STEVEN M. SPECTOR, etc., )
)
)
Plaintiff, )
)
v. ) No. 07 C 1456
)
AGI POLYMATRIX, etc., )
)
Defendant. )

MEMORANDUM OPINION AND ORDER

After nearly a decade of increasingly sharp criticisms on the subject emanating from our Court of Appeals--ranging from <u>Cosgrove v. Bartolotta</u>, 150 F.3d 729, 731 (7th Cir. 1998) to <u>Wise v. Wachovia Sec., LLC</u>, 450 F.3d 265, 267 (7th Cir. 2006), with a good many intervening opinions delivering the selfsame message--it is well past time to hold federal practitioners (who should know better) responsible for their irresponsibility. In addition to Complaint's ¶2's shortcoming in that respect as to defendant, counsel has failed in Complaint ¶1 to comply with the requirements of 28 U.S.C. §1332(c)(1) as to plaintiff's dual corporate citizenship. In accordance with this Court's unflagging obligation as described in such cases as <u>Cook v. Winfrey</u>, 141 F.3d 322, 325 (7th Cir. 1998), this action is dismissed sua sponte for lack of subject matter jurisdiction (the absence of properly alleged diversity of citizenship).

_____
Milton I. Shadur
Senior United States District Judge

Date: March 16, 2007